# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Phillip Ehlers and <br> Charlene Ehlers, | ) <br> ) <br> ) | Case No.: 15-cv-07421 |
| Plaintiffs, | ) <br> ) <br> ) | Judge: Hon. Gary Feinerman |
| v. | ) <br> ) <br> ) | Magistrate: Hon. Michael T. Mason |
| United States of America and <br> Shannon Kolodzik, PA, a/k/a <br> Shannon Miller | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, through their respective counsel, stipulate that this case is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

So stipulated:


s/ Thomas L. Knight                               s/ Virginia Hancock

Thomas L. Knight                                  Virginia Hancock
For Plaintiffs                                    For Defendant, United States